**No. 47093.**—Protest 69768–K of F. Schreiber & J. Eisenbach (New York).

Opinion by EKWALL, J. An examination of the official papers disclosed nothing which would warrant the court in disturbing the finding of the collector, which was held presumptively correct. It further appeared that one entry was not liquidated at the time the protest was filed. The protest as to that entry was held prematurely filed. The protest was dismissed.

BEFORE THE FIRST DIVISION, APRIL 16, 1942

**No. 47094.**—Protests 53417–K, etc., of Strauss-Eckardt Co., Inc. (Galveston).

Opinion by OLIVER, P. J. At the trial counsel agreed that the merchandise in question is the same in all material respects as that covered by T. D. 50277 (1). In accordance therewith the claim at 30 percent under paragraph 911 (b) was sustained.

**No. 47095.**—Protest 68487–K of Walco Bead Co. (New York).

Opinion by OLIVER, P. J. At the trial it was stipulated that the beads in question are similar in all material respects to those the subject of *Walco Bead Co.* v. *United States* (6 Cust. Ct. 281, C. D. 483). In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.